30/254A30

(Official Form 1) (9/97) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>_NORTHERN_ District of _ILLINOIS_ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**_Tedeschi, Jamie, J._** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**_Tedeschi, Sandra, M_** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**_dba Creative Masonry Restoration_** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**_NONE_** |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**_xxx-xx-4631_** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**_xxx-xx-7258_** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**_16923 Plainsman Circle_**<br>**_Plainfield IL  60544_** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**_16923 Plainsman Circle_**<br>**_Plainfield IL  60544_** |
| County of Residence or of the<br>Principal Place of Business: **_Will_** | County of Residence or of the<br>Principal Place of Business: **_Will_** |
| Mailing Address of Debtor (If different from street address):<br>**_SAME_** | Mailing Address of Joint Debtor (If different from street address):<br>**_SAME_** |

| Location of Principal Assets of Business Debtor<br>(If different from street address above): **_NOT APPLICABLE_** |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7  ☐ Chapter 11  ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9  ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☒ Consumer/Non-Business   ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

| Statistical/Administrative Information   (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | 05<br>21236 |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/97) West Group, Rochester, NY

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | *Jamie J. Tedeschi and Sandra M.Tedeschi* | |

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

| District: | Relationship: | Judge: |
|---|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

**5/20/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Richard B. Taylor 06204988**
Printed Name of Attorney for Debtor(s)

**RICHARD B. TAYLOR**
Firm Name

**63 West Jefferson Street**
Address

**Suite 100**

**Joliet IL  60432-4337**

**815.723.2900          5/20/2005**
Telephone Number          Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be competed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)

**5/20/2005**
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A (10/89) West Group, Rochester, NY

In re *Jamie J. Tedeschi and Sandra M.Tedeschi* _____ / Debtor      Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | | |

| | | | | |
|---|---|---|---|---|
| No continuation sheets attached | | **TOTAL $** *(Report also on Summary of Schedules.)* | *0.00* | |

FORM B6B (10/89) West Group, Rochester, NY

In re *Jamie J. Tedeschi and Sandra M.Tedeschi* _____ / Debtor     Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash* <br> *Location: In debtor's possession* | | $ 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Rental Deposit* <br> *Location: David O'Malley, Skokie, IL* | | $ 2,100.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Furniture* <br> *Location: In debtor's possession* | | $ 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Clothing* <br> *Location: In debtor's possession* | | $ 500.00 |
| 7. Furs and jewelry. | | *Wedding Ring* <br> *Location: In debtor's possession* | | $ 900.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

FORM B6B (10/89) West Group, Rochester, NY

In re *Jamie J. Tedeschi and Sandra M. Tedeschi* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Goverment and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | *1997 CHEVROLET VAN EXPRSS* *Location: In debtor's possession* | W | $ 3,600.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircarft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | | *Tools of the trade* *Location: In debtor's possession* | H | $ 700.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |

FORM B6B (10/89) West Group, Rochester, NY

In re *Jamie J. Tedeschi and Sandra M. Tedeschi* _____ / Debtor   Case No. _____

# SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | | Total ➡ | $ 8,500.00 |
|---|---|---|---|---|

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6C (6/90) West Group, Rochester, NY

In re **Jamie J. Tedeschi and Sandra M.Tedeschi** _____ / Debtor   Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Rental Deposit* | *735 ILCS 5/12-1001(b)* | $ 2,100.00 | $ 2,100.00 |
| *Furniture* | *735 ILCS 5/12-1001(b)* | $ 500.00 | $ 500.00 |
| *Clothing* | *735 ILCS 5/12-1001(a)* | $ 500.00 | $ 500.00 |
| *Wedding Ring* | *735 ILCS 5/12-1001(b)* | $ 900.00 | $ 900.00 |
|  | *735 ILCS 5/12-1001(a)* | $ 900.00 |  |
| *1997 CHEVROLET VAN EXPRSS* | *735 ILCS 5/12-1001(c)* | $ 1,600.00 | $ 3,600.00 |
| *Tools* | *735 ILCS 5/12-1001(d)* | $ 700.00 | $ 700.00 |

FORM B6D (6/90) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M.Tedeschi_ _____/ Debtor       Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:  **Creditor # : 1**  **Lighthouse Financial**  **800 Theodore**  **Ctest Hill IL 60435** | W | 1/2005  Auto Lien  Value: **$ 3,600.00** | | | | **$ 2,000.00** | **$ 0.00** |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

| | Subtotal $ (Total of this page) | 2,000.00 |
|---|---|---|
| | Total $ (Use only on last page. Report total also on Summary of Schedules) | 2,000.00 |

FORM B6E (4/98) West Group, Rochester, NY

In re *Jamie J. Tedeschi and Sandra M.Tedeschi* _____ / Debtor          Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

Check the appropriate box(es) below if claims in that category are listed on the attached sheets.

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☒ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $1950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u> continuation sheets attached

FORM B6E (10/89) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M.Tedeschi_____ / Debtor     Case No._____
(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   *Contributions to employee benefit plans*

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H—Husband<br>W—Wife<br>J—Joint<br>C—Community | | | | | |
| Account No: *16435*<br>*Creditor # : 1*<br>*Bricklayers Local 21*<br>*P.O. Box 11102*<br>*Chicago IL 60611-0102* | | *2001*<br>*ERISA benefits* | | | | $ 9,800.00 | $ 9,800.00 |
| Account No:<br>*Representing:*<br>*Bricklayers Local 21* | | *Robert Greenburg*<br>*125 S. Wacker Drive*<br>*Suite 1100*<br>*Chicago IL 60602* | | | | | |
| Account No:<br>*Creditor # : 2*<br>*CHGO Area JWCPCC* | | *2001*<br>*Pension plan* | | | | $ 19,100.00 | $ 19,100.00 |
| Account No:<br>*Representing:*<br>*CHGO Area JWCPCC* | | *Baum, Sigman et al*<br>*200 W. Adam Street*<br>*Suite 2200*<br>*Chicago IL 60606-5231* | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _2_ continuation sheets attached to
Schedule of Creditors

Subtotal $    28,900.00<br>(Total of this page)<br>Total $<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6E (10/89) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M.Tedeschi_____ / Debtor      Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was incurred, and consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| | | H—Husband W—Wife J—Joint C—Community | | | | | |
| Account No: 0532137905 Creditor # : 3 IDES 401 S. State Street 4th Floor Chicago IL 60605-1225 | | 2003 Unemployment Benefits | | | | $ 8,400.00 | $ 8,400.00 |
| Account No: 349664631 Creditor # : 4 IRS P.O. Box 219236 Kansas City MO 64121-9236 | | 1993 - 1997 Federal income taxes | | | | $ 18,000.00 | $ 18,000.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.  _2_  of  ___2___  continuation sheets attached to

Schedule of Creditors

Subtotal $ (Total of this page)   26,400.00

Total $   55,300.00

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M.Tedeschi_____ / Debtor     Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H-Husband W-Wife J-Joint C-Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0523783898001 <br> Creditor # : 1 <br> AT & T <br> P.O. Box 8212 <br> Aurora IL 60572-8212 | | 2002 <br> Utility Bills | | | | $ 535.00 |
| Account No: <br> Representing: <br> AT & T | | Allied Insterstate <br> P.O. Box 361598 <br> Columbus OH 43236-1598 | | | | |
| Account No:   6323304052374997800 <br> Creditor # : 2 <br> AT & T <br> P.O. Box 8212 <br> Aurora IL 60572-8212 | | 2002 <br> Utility Bills | | | | $ 1,010.00 |
| Account No: <br> Representing: <br> AT & T | | Southwest Credit Systems <br> PO Box 115151 <br> 2629 Dickerson Parkway <br> Carroliton TX 75011-5151 | | | | |
| Account No:   8494890080012065 <br> Creditor # : 3 <br> AT & T Broadband <br> 2001 York Rd <br> Oakbrook IL 60523 | | 2002 <br> Utility Bills | | | | $ 815.00 |

7 continuation sheets attached

Subtotal $     2,360.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re <u>Jamie J. Tedeschi and Sandra M.Tedeschi</u> / Debtor     Case No._____

<span style="text-align:right">(if known)</span>

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 630-90000836278<br>Creditor # : 4<br>Bank of America<br>P.O. Box 45224<br>Jacksonville FL 32232-5224 | | 2001<br>Auto Loan | | | | $ 15,250.00 |
| Account No:<br>Creditor # : 5<br>Blue Island Equipment Rental<br>13747 West 159th Street<br>Lockport IL 60441 | J | 2004<br>Rental Equipment | | | | $ 1,872.00 |
| Account No:<br>Representing:<br>Blue Island Equipment Rental | | Nationwide Recovery Systems<br>2304 Tarpley Drive<br>#134<br>Carrollton TX 75006 | | | | |
| Account No: 4121742506750077<br>Creditor # : 6<br>Capital One Visa<br>P.O. Box 25131<br>Richmond VA 23276-0001 | H | 2004<br>Credit Card Purchases | | | | $ 3,054.61 |
| Account No: 00WC00134<br>Creditor # : 7<br>Charles Metz<br>4000 E. 134th Street<br>Lot 42<br>Chicago IL 60633 | | 1999<br>Worker's Comp Claim | | | | $ 1,800.00 |
| Account No:<br>Representing:<br>Charles Metz | | Daniel Maglione<br>100 W. Monroe Street<br>Suite 602<br>Chicago IL 60603-1903 | | | | |
| Account No: 01-020000-879820163<br>Creditor # : 8<br>Comcast<br>P.O. Box 3002<br>Southeastern PA 19398-3002 | H | 2005<br>Cable | | | | $ 1,605.60 |

Sheet No. <u>1</u> of <u>7</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)     23,582.21

Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M.Tedeschi_____ / Debtor          Case No._____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>*Representing:*<br>*Comcast* | | *Credit Protection Assoc.*<br>*13355 Noel Road*<br>*Dallas TX 75240* | | | | |
| Account No:<br>*Creditor # : 9*<br>*DACAV Industries*<br>*3270 East End Ave.*<br>*Chicago Heights IL 60411* | | *2001*<br>*Contruction Materials* | | | | $ 3,800.00 |
| Account No:<br><br>*Representing:*<br>*DACAV Industries* | | *George F. Scully*<br>*4440 W. Lincoln Hwy*<br>*Matteson IL 60443* | | | | |
| Account No:    *CRE004*<br>*Creditor # : 10*<br>*Elston Block Co.*<br>*1430 N. Elston Ave.*<br>*Chicago IL 60622* | | *2000*<br>*Contruction Materials* | | | | $ 4,200.00 |
| Account No:    *22602124357*<br>*Creditor # : 11*<br>*Farmers Insurance Group*<br>*P.O. Box 948*<br>*Aurora IL 60507* | | *2001*<br>*Insurance* | | | | $ 742.00 |
| Account No:<br><br>*Representing:*<br>*Farmers Insurance Group* | | *Allied Insterstate*<br>*30669 Russel Ranch Road*<br>*Suite 250*<br>*West Lake Villag CA 91362* | | | | |
| Account No:    *5437000285007359*<br>*Creditor # : 12*<br>*GM Card*<br>*P.O. Box 98715*<br>*Las Vegas NV 89193-8715* | | *2001*<br>*Credit Card Purchases* | | | | $ 265.36 |

Sheet No.  _2_  of  ___7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      9,007.36
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M.Tedeschi_____ / Debtor     Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   002711 Creditor # : 13 Harvey Cement Products 16030 Park Avenue Harvey IL 60426 | | 2000 Contruction Materials | | | | $ 36,100.00 |
| Account No: Representing: Harvey Cement Products | | Christopher E. Cannonito 15930 South 75th Court Suite 100 Tinley Park IL 60477 | | | | |
| Account No:   5407915009323657 Creditor # : 14 Household Bank P.O. Box 4153 Carol Stream IL 60197-4153 | H | 2004 | | | | $ 1,018.46 |
| Account No: Representing: Household Bank | | Atlantic Credit & Finance P.O. Box 13386 Roanoke VA 24033-3386 | | | | |
| Account No:   200401467788 Creditor # : 15 Ingalls Memorial Hospital Attn: Billing 6701 West 159th Tinley Park IL 60477 | H | 5/17/04 | | | | $ 612.00 |
| Account No: Representing: Ingalls Memorial Hospital | | Medical Recovery Specialists, 2200 East Devon Ave Suite 288 Des Plaines IL 60018 | | | | |
| Account No:   CRMR Creditor # : 16 Lance Construction Supplies 4225 W. Ogden Ave Chicago IL 60623-2977 | | 2000 Contruction Materials | | | | $ 5,406.00 |

Sheet No.   3   of ___ 7   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   43,136.46
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M. Tedeschi_____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   28351<br><br>**Creditor # : 17**<br>**LeRoy's Welding & Fabricating**<br>**363 Alice**<br>**Wheeling IL 60090** | | **2001**<br>**Contruction Materials** | | | | $ 16,780.00 |
| Account No:<br><br>**Representing:**<br>**LeRoy's Welding & Fabricating** | | **Maurides & Foley**<br>**2 N. LaSalle Street**<br>**Suite 1900**<br>**Chicago IL 60602** | | | | |
| Account No:<br><br>**Creditor # : 18**<br>**McCann Industries, Inc.**<br>**543 S. Rohlwing road**<br>**Addison IL 60101** | | **2002**<br>**Contruction Materials** | | | | $ 6,400.00 |
| Account No:<br><br>**Representing:**<br>**McCann Industries, Inc.** | | **Nigro & Westfall**<br>**1793 Bloomingdale Road**<br>**Glendale Heights IL 60139** | | | | |
| Account No:   2226847-00<br><br>**Creditor # : 19**<br>**McMaster Carr Supply**<br>**600 County Line Road**<br>**Elmhurst IL 60126** | H | **7/2004**<br>**Contruction Materials** | | | | $ 6,960.53 |
| Account No:<br><br>**Representing:**<br>**McMaster Carr Supply** | | **Caine & Weiner**<br>**1100 East Woodfield Dr.**<br>**Suite 425**<br>**Schaumburg IL 60173** | | | | |
| Account No:<br><br>**Creditor # : 20**<br>**N. Turek & Sons Supply Company**<br>**1333 S. Jefferson Street**<br>**Chicago IL 60607** | H | **2003**<br>**Equipment** | | | | $ 4,879.00 |

Sheet No.  __4__ of  __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)
Total $
(Report total also on Summary of Schedules)

35,019.53

FORM B6F (9/97) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M.Tedeschi_____ / Debtor        Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>_Representing:_<br>_N. Turek & Sons Supply Company_ | | _Davidm G. Harding_<br>_100 N. LaSalle Street_<br>_Suite 1107_<br>_Chicago IL 60602_ | | | | |
| Account No:  _43567501000_<br>_Creditor # : 21_<br>_Nextel Communications_<br>_Attn: BK Department_<br>_10002 Park Meadow Dr._<br>_LoneTree CO 80124_ | _J_ | _2005_<br>_Phone_ | | | | $ 1,373.17 |
| Account No:<br>_Representing:_<br>_Nextel Communications_ | | _Risk Management Alternatives_<br>_1500 Commerce Drive_<br>_Mendota Heights MN 55120_ | | | | |
| Account No:  _27682625_<br>_Creditor # : 22_<br>_NiCor_<br>_P.O. Box 190_<br>_Aurora IL 60507_ | | _2002_<br>_Utility Bills_ | | | | $ 563.00 |
| Account No:<br>_Representing:_<br>_NiCor_ | | _CBCS_<br>_P.O. Box 163250_<br>_Columbus OH 43216-3250_ | | | | |
| Account No:  _136259_<br>_Creditor # : 23_<br>_Rental Max_<br>_1928 Plainfield Road_<br>_Crest HIll IL 60435_ | _H_ | _2004_<br>_Rental Equipment_ | | | | $ 1,410.03 |
| Account No:<br>_Representing:_<br>_Rental Max_ | | _Collection Professionals_<br>_1256 W. Jefferson Street_<br>_Suite 200_<br>_Joliet IIL 60435-6889_ | | | | |

Sheet No. __5__ of ____7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 3,346.20 |
| Total $<br>(Report total also on Summary of Schedules) | |

FORM B6F (9/97) West Group, Rochester, NY

In re <u>Jamie J. Tedeschi and Sandra M.Tedeschi</u> / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 5424180472844338<br>Creditor # : 24<br>Resurgence Financial, LLC<br>5215 Old Orchard Road<br>Suite 300<br>Skokie IL 60077 | W | 1992<br>Credit Card Purchases | | | | $ 4,173.00 |
| Account No:<br>Representing:<br>Resurgence Financial, LLC | | Kaplan & Chaet, LLC<br>5215 Old Orchard Road<br>Suite 300<br>Skokie IL 60077 | | | | |
| Account No: 8154649575235<br>Creditor # : 25<br>SBC Ameritech<br>Bill Payment Center<br>Chicago IL 60663-0001 | | 2000<br>Utility Bills | | | | $ 1,993.44 |
| Account No:<br>Representing:<br>SBC Ameritech | | GC Services Limited Partnershi<br>P.O. Box 699<br>Huston TX 77001 | | | | |
| Account No:<br>Creditor # : 26<br>South Oak Dodge<br>4550 W. Lincoln Hwy<br>Matteson IL 60443 | | 2002<br>Repair | | | | $ 893.52 |
| Account No:<br>Representing:<br>South Oak Dodge | | JBC & Associates, P.C<br>2 Broad Street<br>6th Floor<br>Bloomfield NJ 07003-2550 | | | | |
| Account No: 8005934438<br>Creditor # : 27<br>Washington Mutual Bank, FA<br>19850 Plummer Street<br>Chatsworth CA 91311 | | 2002<br>Foreclosure | | | | Unknown |

Sheet No. <u>6</u> of <u>7</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          7,059.96
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F, (9/97) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M.Tedeschi_____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br><br> *Representing:* <br> *Washington Mutual Bank, FA* | | *Shapiro & Kreisman* <br> *4201 Lake Cook Road* <br> *Northbrook IL 60062* | | | | |
| Account No: <br><br> *Creditor # : 28* <br> *Watson Bowman Acme Corp* <br> *95 Pine View Drive* <br> *Amhearst NY 14228* | H | *2002* <br> *Contruction Materials* | | | | $ 1,800.00 |
| Account No: <br><br> *Representing:* <br> *Watson Bowman Acme Corp* | | *Dennis Porick* <br> *63 West Jefferson Street* <br> *Suite 100* <br> *Joliet IL 60432* | | | | |
| Account No: <br><br> *Creditor # : 29* <br> *West Tool Rental, Inc.* <br> *1333 S. Jefferson Street* <br> *Chicago IL 60607* | J | *2003* <br> *Rental Equipment* | | | | *Unknown* |
| Account No: <br><br> *Representing:* <br> *West Tool Rental, Inc.* | | *Davidm G. Harding* <br> *100 N. LaSalle Street* <br> *Suite 1107* <br> *Chicago IL 60602* | | | | |
| Account No:   08673248242 <br><br> *Creditor # : 30* <br> *Worldcom, Inc.* <br> *P.O Box 4644* <br> *Iowa City IA 52244-4644* | | *2001* <br> *Utility Bills* | | | | $ 288.72 |
| Account No: <br><br> *Representing:* <br> *Worldcom, Inc.* | | *Harvard Collections Services,* <br> *4839 N. Elston Avenue* <br> *Chicago IL 60630-2534* | | | | |

Sheet No. __7__ of ___7___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  2,088.72
(Total of this page)

Total $  125,600.44
(Report total also on Summary of Schedules)

FORM B6G (10/89) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M.Tedeschi_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

FORM B6H (6/90) West Group, Rochester, NY

In re *Jamie J. Tedeschi and Sandra M. Tedeschi* _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

In re *Jamie J. Tedeschi and Sandra M.Tedeschi* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| *Single* | NAMES | AGE | RELATIONSHIP |
| | *Cory* | *12* | *SON* |
| | *Julia* | *2* | *DAUGHTER* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Brick Layer* | |
| Name of Employer | *Self-Employed* | |
| How Long Employed | *2 years* | |
| Address of Employer | *16923 Planesman Circle* | |
| | *Plainfield IL   60544* | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ *3,466.67* | $ *0.00* |
| Estimated Monthly Overtime | $ *0.00* | $ *0.00* |
| SUBTOTAL | $ *3,466.67* | $ *0.00* |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ *894.18* | $ *0.00* |
| b. Insurance | $ *0.00* | $ *0.00* |
| c. Union Dues | $ *0.00* | $ *0.00* |
| d. Other  (Specify): | $ *0.00* | $ *0.00* |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ *894.18* | $ *0.00* |
| TOTAL NET MONTHLY TAKE HOME PAY | $ *2,572.48* | $ *0.00* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| Income from Real Property | $ *0.00* | $ *0.00* |
| Interest and dividends | $ *0.00* | $ *0.00* |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| Social Security or other government assistance Specify: | | |
| Pension or retirement income | $ *0.00* | $ *0.00* |
| Other monthly income Specify: | $ *0.00* | $ *0.00* |
| TOTAL MONTHLY INCOME | $ *2,572.48* | $ *0.00* |

TOTAL COMBINED MONTHLY INCOME    $ _____ *2,572.48* _____
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M. Tedeschi_____ / Debtor     Case No. _____
                                                                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,470.00 |
| Are real estate taxes included?     Yes ☐   No ☒ | |
| Is property insurance included?     Yes ☐   No ☒ | |
| Utilities: Electricity and heating fuel | $ 190.00 |
|      Water and sewer | $ 15.80 |
|      Telephone | $ 100.00 |
|      Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 500.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 150.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 60.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's | $ 0.00 |
|      Life | $ 0.00 |
|      Health | $ 0.00 |
|      Auto | $ 119.00 |
|      Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|      Auto | $ 396.00 |
|      Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: | $ 0.00 |
| **TOTAL MONTHLY EXPENSES**     (Report also on Summary of Schedules) | $ 3,250.80 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Jamie J. Tedeschi and Sandra M.Tedeschi*

Case No.
Chapter  7

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 8,500.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 2,000.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 3 | | $ 55,300.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 125,600.44 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,572.48 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,250.80 |
| Total Number of Sheets in All Schedules ▶ | | 21 | | | |
| Total Assets ▶ | | | $ 8,500.00 | | |
| Total Liabilities ▶ | | | | $ 182,900.44 | |

FORM B6 (6/90) West Group, Rochester, NY

In re _Jamie J. Tedeschi and Sandra M.Tedeschi_ _____ / Debtor    Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _5/20/2005_ _____    Signature _____
Jamie J. Tedeschi

Date: _5/20/2005_ _____    Signature _____
Sandra M.Tedeschi

Form 7 (10/89) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re **Jamie J. Tedeschi**
   dba **Creative Masonry Restoration**
   and
   **Sandra M. Tedeschi**

Case No.
Chapter  7

_____ / Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| Year to date: $15,760.00 | Employment |
| Last Year:  $39,910 | Employment |
| Year before: $36,050.00 | Employment |

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

### 3a. Payments to creditors.

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (10/89) West Group, Rochester, NY

**3b.** List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**4a. Suits and administrative proceedings, executions, garnishments and attachments.**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| McCann Industries, Inc. V Jamie Tedeschi D/B/A Creative Masonry Restoration 01 SC 517 | Collection | Dupage, Wheaton, IL | Judgment |
| Harvey Cement Products, Inc. V Creative Masonry Restoration 02 AR 1581 | Collection | Will County, Joliet, IL | Judgment |
| Leroy's Welding & Fabricating V Jaime Tedeschi D/B/A Creative Masonry Restoration 02 M 1-168678 | Collection | Cook County, Chicago, IL | Judgment |
| Masonry Inst. Local 21 Pension Fund V Creative Masonry Restoration 01 C 3923 | Breach of Collective Bargaining Agreement | US District Court, Chicago, IL | Judgment |
| Chicago Area JWCPCC, Local 52 V Jaimie Tedeschi D/B/A Creative Masonry Restoration 01 C 7858 | Breach of Collective Bargaining Agreement | US District Court, Chicago, IL | Judgment |
| Washington Mutual vs Jaime Tedeschi et al 02 CH 585 | Foreclosure | Will County, Joliet, IL | Judgment |
| Charles Metz vs Creative Masonry Restoration | Worker's Compensation Claim | Illinois Industrial Commision, Chicago, IL | Default |

QUESTION 4a CONTINUED ...

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Resurgence Financial, LLC v. Sany M. Tedeschi 05SC2118* | *Collections* | *Will County, Joliet, IL* | *Default* |
| *Watson Bowman Acme Corp. v Jamie Tedeschi 04 SC 6078* | *Collections* | *Will County, Joliet, IL* | *Judgement* |

**4b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Chrysler Financial Address: P.O. Box 9223 Farmington Hills, MI 48333-9223* | *11/2004* | *Description:1999 Dodge Ram Value:$3,000.00* |

**6a. Assignments and receiverships.**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts.**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

☒ NONE

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:Chesterfield Saving Address: Rt 30 and Lagrange, Frankfort, IL* | *Account Type and No.:Checking Final Balance:<$87.00>* | *11/2004* |

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Jaimie Tedeschi Address: 220 Pfaff Drive, Frankfort, IL* | *Name(s):Jaimie & Sandra Tedeschi* | *1998-2002* |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date **5/20/2005**          Signature

Jamie J. Tedeschi

Date **5/20/2005**          Signature

Sandra M. Tedeschi

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Jamie J. Tedeschi and Sandra M.Tedeschi*

Case No.
Chapter   **7**

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

**a.   Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.   Property to Be Retained.**                                 [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date:  5/20/05                   Debtor:  _____

FORM B9 (9/97) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Jamie J. Tedeschi and Sandra M.Tedeschi*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - SPOUSE'S DEBTS

| |
|---|
| 1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate. |

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

**a.  Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.  Property to Be Retained.**                    [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *1997 CHEVROLET VAN EXPRSS* | *Lighthouse Financial* | X | | X |

### Signature of Debtor(s)

Date: 5/20/05

Debtor: *Sandra Tedeschi*

FORM B8 (9/97) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Jamie J. Tedeschi and Sandra M. Tedeschi*

Case No.
Chapter  **7**

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

**a.   Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.   Property to Be Retained.**                                     [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | x | | x |

### Signature of Debtor(s)

Date: 5/20/05

Debtor: _____

Date: 5/20/05

Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Jamie J. Tedeschi*                                    Case No.
    *dba Creative Masonry Restoration*            Chapter **7**
    and
    *Sandra M.Tedeschi*

_____ / Debtor

Attorney for Debtor:  **Richard B. Taylor**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *700.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *300.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *400.00*

3.  $_____*209.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:                          Respectfully submitted,

                    X_____

      Attorney for Petitioner: *Richard B. Taylor*
                         *RICHARD B. TAYLOR*
                         *63 West Jefferson Street*
                         *Suite 100*
                         *Joliet IL  60432-4337*

AT & T
P.O. Box 8212
Aurora, IL  60572-8212

AT & T Broadband
2001 York Rd
Oakbrook, IL  60523

Allied Insterstate
30669 Russel Ranch Road
Suite 250
West Lake Villag, CA  91362

Allied Insterstate
P.O. Box 361598
Columbus, OH  43236-1598

Atlantic Credit & Finance
P.O. Box 13386
Roanoke, VA  24033-3386

Bank of America
P.O. Box 45224
Jacksonville, FL  32232-5224

Baum, Sigman et al
200 W. Adam Street
Suite 2200
Chicago, IL  60606-5231

Blue Island Equipment Rental
13747 West 159th Street
Lockport, IL  60441

Bricklayers Local 21
P.O. Box 11102
Chicago, IL  60611-0102

CBCS
P.O. Box 163250
Columbus, OH  43216-3250

CHGO Area JWCPCC

Caine & Weiner
1100 East Woodfield Dr.
Suite 425
Schaumburg, IL  60173

Capital One Visa
P.O. Box 25131
Richmond, VA  23276-0001

Charles Metz
4000 E. 134th Street
Lot 42
Chicago, IL  60633

christopher s. cannon ro
15930 South 75th Court
Suite 100
Tinley Park, IL   60477

Collection Professionals
1256 W. Jefferson Street
Suite 200
Joliet, IIL   60435-6889

Comcast
P.O. Box 3002
Southeastern, PA   19398-3002

Credit Protection Assoc.
13355 Noel Road
Dallas, TX   75240

DACAV Industries
3270 East End Ave.
Chicago Heights, IL   60411

Daniel Maglione
100 W. Monroe Street
Suite 602
Chicago, IL   60603-1903

Davidm G. Harding
100 N. LaSalle Street
Suite 1107
Chicago, IL   60602

Dennis Porick
63 West Jefferson Street
Suite 100
Joliet, IL   60432

Elston Block Co.
1430 N. Elston Ave.
Chicago, IL   60622

Farmers Insurance Group
P.O. Box 948
Aurora, IL   60507

GC Services Limited Partnershi
P.O. Box 699
Huston, TX   77001

GM Card
P.O. Box 98715
Las Vegas, NV   89193-8715

George F. Scully
4440 W. Lincoln Hwy
Matteson, IL   60443

Harvard Collections Services,
4839 N. Elston Avenue
Chicago, IL   60630-2534

Harvey Cement Products
16030 Park Avenue
Harvey, IL  60426

Household Bank
P.O. Box 4153
Carol Stream, IL  60197-4153

IDES
401 S. State Street
4th Floor
Chicago, IL  60605-1225

IRS
P.O. Box 219236
Kansas City, MO  64121-9236

Ingalls Memorial Hospital
Attn: Billing
6701 West 159th
Tinley Park, IL  60477

JBC  & Associates, P.C
2 Broad Street
6th Floor
Bloomfield, NJ  07003-2550

Kaplan & Chaet, LLC
5215 Old Orchard Road
Suite 300
Skokie, IL  60077

Lance Construction Supplies
4225 W. Ogden Ave
Chicago, IL  60623-2977

LeRoy's Welding & Fabricating
363 Alice
Wheeling, IL  60090

Lighthouse Financial
800 Theodore
Ctest Hill, IL  60435

Maurides & Foley
2 N. LaSalle Street
Suite 1900
Chicago, IL  60602

McCann Industries, Inc.
543 S. Rohlwing road
Addison, IL  60101

McMaster Carr Supply
600 County Line Road
Elmhurst, IL  60126

Medical Recovery Specialists,
2200 East Devon Ave
Suite 288
Des Plaines, IL  60018

N. Turek & Sons Supply Company
1333 S. Jefferson Street
Chicago, IL  60607

Nationwide Recovery Systems
2304 Tarpley Drive
#134
Carrollton, TX  75006

Nextel Communications
Attn: BK Department
10002 Park Meadow Dr.
LoneTree, CO  80124

NiCor
P.O. Box 190
Aurora, IL  60507

Nigro & Westfall
1793 Bloomingdale Road
Glendale Heights, IL  60139

Rental Max
1928 Plainfield Road
Crest HIll, IL  60435

Resurgence Financial, LLC
5215 Old Orchard Road
Suite 300
Skokie, IL  60077

Richard B. Taylor
63 West Jefferson Street
Suite 100
Joliet, IL  60432-4337

Risk Management Alternatives
1500 Commerce Drive
Mendota Heights, MN  55120

Robert Greenburg
125 S. Wacker Drive
Suite 1100
Chicago, IL  60602

SBC Ameritech
Bill Payment Center
Chicago, IL  60663-0001

Shapiro & Kreisman
4201 Lake Cook Road
Northbrook, IL  60062

South Oak Dodge
4550 W. Lincoln Hwy
Matteson, IL  60443

Southwest Credit Systems
PO Box 115151
2629 Dickerson Parkway
Carroliton, TX  75011-5151

Jamie J. Tedeschi
16923 Plainsman Circle
Plainfield, IL  60544

Sandra M.Tedeschi
16923 Plainsman Circle
Plainfield, IL  60544

Washington Mutual Bank, FA
19850 Plummer Street
Chatsworth, CA  91311

Watson Bowman Acme Corp
95 Pine View Drive
Amhearst, NY  14228

West Tool Rental, Inc.
1333 S. Jefferson Street
Chicago, IL  60607

Worldcom, Inc.
P.O Box 4644
Iowa City, IA  52244-4644

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:  Jamie J. & Sandra M. Tedeschi          Bankruptcy Case Number:

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 34

  The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: May 20, 2005

_____
       Debtor

_____
       Joint Debtor